THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$206,147.00 IN U.S. CURRENCY AND $2,397.06 IN BANK FUNDS,<br><br>    Defendants.<br><br>JOSE PEDRO FELIX-TORRES,<br><br>    Claimant. | No. CV 08-06631 R(RZx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

On or about October 8, 2008, plaintiff United States of America ("the United States of America") filed a Complaint for Forfeiture alleging that the defendants $206,147.00 in U.S.

1  Currency and $2,397.06 in bank funds (collectively, the
2  "defendants") are subject to forfeiture pursuant to 18 U.S.C.
3  §§ 981(a)(1)(C) and 984 and 21 U.S.C. § 881(a)(6).
4      Claimant Jose Pedro Felix-Torres ("claimant") has filed a
5  verified claim in this action.  No other parties have appeared in
6  this case, and the time for filing claims and answers has expired.
7      The parties have now agreed to settle this action and to avoid
8  further litigation by entering into this Consent Judgment of
9  Forfeiture.
10     The Court having been duly advised of and having considered
11 the matter, and based upon the mutual consent of the parties
12 hereto,
13     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
14     1.  This Court has jurisdiction over the subject matter of
15 this action and the parties to this Consent Judgment of Forfeiture.
16     2.  The Complaint for Forfeiture states a claim for relief
17 pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984 and 21 U.S.C.
18 § 881(a)(6).
19     3.  Notice of this action has been given as required by law.
20 No appearances have been made in this case by any person other than
21 claimant.  The Court deems that all other potential claimants admit
22 the allegations of the Complaint for Forfeiture to be true.
23 Claimant is relieved of his duty to file an answer in this action.
24     4.  The sum of $2,500.00 only (without interest) shall be
25 returned to claimant.  The remainder of the defendants, plus the
26 interest earned by the United States of America on the defendants
27 in their entirety, shall be condemned and forfeited to the United
28 States of America.  The United States Marshal Service is ordered to

1  dispose of in accordance with law the property being hereby
2  condemned and forfeited to the United States of America.
3      5.  The funds to be returned to claimant pursuant to
4  paragraph 4 shall be forwarded by check payable to "Law Offices of
5  Garfield A. A. Cramer, Attorney-Client Trust Account," and shall be
6  mailed to Garfield A. A. Cramer, Esq., Law Offices of Garfield A.
7  A. Cramer, 225 S. Lake Avenue, Suite 300, Pasadena, California
8  91101.
9      6.  Claimant hereby releases the United States of America,
10 its agencies, agents, officers, employees and representatives,
11 including, without limitation, all agents, officers, employees and
12 representatives of the Drug Enforcement Administration and the
13 Department of Justice and their respective agencies, as well as all
14 agents, officers, employees and representatives of any state or
15 local governmental or law enforcement agency involved in the
16 investigation or prosecution of this matter, from any and all
17 claims, actions, or liabilities arising out of or related to this
18 action, including, without limitation, any claim for attorney fees,
19 costs, and interest, which may be asserted by or on behalf of
20 claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.
21     7.  The Court finds that there was reasonable cause for the
22 seizure of the defendants and institution of these proceedings.
23 This judgment shall be construed as a certificate of reasonable
24 cause pursuant to 28 U.S.C. § 2465.
25 / / /
26 / / /
27 / / /
28 / / /

1    8.   The Court further finds that claimant did not
2 substantially prevail in this action, and each of the parties
3 hereto shall bear its own attorney fees and costs.
4    DATED:_December 8, 2008_

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

CONSENT

The parties hereto consent to the above consent judgment of forfeiture and waive any right of appeal.

```
DATED: December 4, 2008        THOMAS P. O'BRIEN
                               United States Attorney
                               CHRISTINE C. EWELL
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                               /s/ Victor A. Rodgers
                               VICTOR A. RODGERS
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

DATED: November 25, 2008       LAW OFFICES OF GARFIELD A. A. CRAMER


                               /s/ Garfield A. A. Cramer
                               GARFIELD A. A. CRAMER

                               Attorney for Claimant
                               JOSE PEDRO FELIX-TORRES
```